THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK AND HARLEM RAILROAD COMPANY v. THE COMMISSIONERS OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK.

Proceedings reversed and case remanded.

(See opinion, *ante*, p. 687.)